# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00004-CV

**Lisa Hansen, DVM and Jason Hansen, Appellants**

**v.**

**PetVet PC Manager, LLC; and Quality Veterinary Services, P.C. f/k/a AL Veterinary Services, P.C. d/b/a Pfennig Lane Animal Hospital, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-008680, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Lisa Hansen, DVM and Jason Hansen have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellants' Motion

Filed: March 18, 2025